AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

EARL R. HOBBS, individually and on behalf
of all others similarly situated,

CASE NUMBER: 07 C 6730

V.

ASSIGNED JUDGE: Judge Bucklo

TCF BANK

DESIGNATED
MAGISTRATE JUDGE: Magistrate Brown

TO: (Name and address of Defendant)

TCF Financial Corporation c/o
CT Corporation System
208 South LaSalle St., Suite 814
Chicago IL 60604-1101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Consumer Advocacy Center, P.C.
180 W. Washington Street, Ste 700
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

DAVID JOZWIAK

JAN - 3 2008

(By) DEPUTY CLERK                                              DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/3/08 |
| NAME OF SERVER *(PRINT)* Remell Flakes | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

- ☒ Served personally upon the defendant. Place where served: _CT Corporation System_ _208 S. LaSalle St., Ste 814, Chicago, IL 60604_

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1/3/08__   __Remell Flakes__
          Date           Signature of Server

__180 W. Washington St, Chicago, IL 60602__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.