## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| EARL R. HOBBS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6730 |
| v. | ) ) | Judge Bucklo |
| TCF BANK, | ) ) | Magistrate Brown |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Remell Flakes, paralegal, hereby certifies under penalties of perjury under 28 U.S.C. § 1746 that on January 10, 2008, I electronically filed the attached *Executed Summons for Service on TCF Bank*, with the Clerk of the Court using the CM/ECF system.


/s/ Remell Flakes