IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EARL R. HOBBS, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>TCF BANK, )<br><br>Defendant. ) | No. 07 C 6730<br><br>Judge Bucklo |

**DEFENDANT'S NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT**

Defendant TCF National Bank, which was incorrectly sued as TCF Bank, by and through its undersigned counsel, hereby files its Notification of Affiliates – Disclosure Statement, as required by Local Rule 3.2 of the United States District Court for the Northern District of Illinois. Defendant states as follows:

**DISCLOSURE**

The Complaint incorrectly names the Defendant as "TCF Bank". No such entity exists and, based on the allegations in the Complaint, "TCF National Bank" should have been named as Defendant.

TCF National Bank is a non-governmental, federally-chartered national banking association wholly owned by TCF Financial Corporation. TCF Financial Corporation is a non-governmental public company that has no parent corporations, and no publicly held company owns 10% or more of TCF Financial Corporation's stock.

-2-

DATED:  January 17, 2008                               TCF BANK, which should have been
                                                                              named as TCF NATIONAL BANK,


                                                                       By:  David R. Lidow
                                                                                   One of Its Attorneys


Frederic R. Klein
Steven A. Levy
David R. Lidow
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000