IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EARL R. HOBBS, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | No. 07 C 6730 |
| ) | |
| vs. ) | Judge Bucklo |
| ) | |
| TCF BANK, ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Lance A. Raphael
      Stacy M. Bardo
      Allison Krumhorn
      The Consumer Advocacy Center, P.C.
      180 W. Washington St., Ste. 700
      Chicago, IL 60602

      PLEASE TAKE NOTICE that on Wednesday, January 23, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo in Courtroom 1441 of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn, Chicago, Illinois 60604, and then and there present **Defendant TCF National Bank's Agreed Motion for Enlargement of Time to File Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is electronically filed and served herewith.

Dated:  January 17, 2008                 Respectfully submitted,

                                            TCF NATIONAL BANK

                                            By   /s/ David R. Lidow
Fredric R. Klein                                     One of its Attorneys
Steven A. Levy
David R. Lidow
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that on January 17, 2008 he caused a copy of the above **Defendant TCF National Bank's Agreed Motion for Enlargement of Time to File Answer or Otherwise Plead to Plaintiff's Complaint** to be served electronically via the Court's CM/ECF system upon the following:

    Lance A. Raphael
    Stacy M. Bardo
    Allison Krumhorn
    The Consumer Advocacy Center, P.C.
    180 W. Washington St., Ste. 700
    Chicago, IL 60602

            _____/s/ David R. Lidow_____