UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Earl R. Hobbs
                        Plaintiff,

v.                                                Case No.: 1:07−cv−06730
                                                Honorable Elaine E. Bucklo

TCF Bank
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

      MINUTE entry before Judge Elaine E. Bucklo : Defendant's motion to extend its time to answer or otherwise plead to Feb. 6, 2008 is granted. This case is referred to the assigned magistrate judge for all proceedings, as permitted by law, including supervision of discovery, any motion for class certification, and settlement. If no consent is given, the case shall be returned for trial.Status hearing set for 2/22/08 is reset for 6/20/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.