IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EARL R. HOBBS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 6730 |
| vs. | ) ) | Judge Bucklo |
| TCF BANK, | ) ) | Magistrate Judge Brown |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: Lance A. Raphael
Stacy M. Bardo
Allison Krumhorn
The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste. 700
Chicago, IL 60602

      PLEASE TAKE NOTICE that on Wednesday, February 13, 2008 at 9:45 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Geraldine Soat Brown in Courtroom 1812 of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn, Chicago, Illinois 60604, and then and there present **Defendant's Motion to Stay Further Proceedings and to Compel Arbitration**, a copy of which is electronically filed and served herewith.

Dated: February 6, 2008                                  Respectfully submitted,

                                                                        TCF NATIONAL BANK

                                                                        By    /s/ David R. Lidow

Fredric R. Klein                                                      One of its Attorneys
Steven A. Levy
David R. Lidow
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on February 6, 2008 he caused a copy of the attached **Notice of Motion**, of **Defendant's Motion to Stay Further Proceedings and to Compel Arbitration,** and of **Defendant's Memorandum of Law in Support of Motion to Stay Further Proceedings and to Compel Arbitration,** to be served electronically via the Court's CM/ECF system upon the following:

> Lance A. Raphael
> Stacy M. Bardo
> Allison Krumhorn
> The Consumer Advocacy Center, P.C.
> 180 W. Washington St., Ste. 700
> Chicago, IL 60602

 /s/ David R. Lidow