IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EARL R. HOBBS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 6730 |
| vs. | ) ) | Judge Bucklo |
| TCF BANK, | ) ) | Magistrate Judge Brown |
| Defendant. | ) | |

### RE-NOTICE OF MOTION

TO:   Lance A. Raphael
Stacy M. Bardo
Allison Krumhorn
The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste. 700
Chicago, IL 60602

      PLEASE TAKE NOTICE that on Tuesday, February 19, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo in Courtroom 1441 of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn, Chicago, Illinois 60604, and then and there present **Defendant's Motion to Stay Further Proceedings and to Compel Arbitration**, a copy of which was electronically filed and served upon you via the Court's electronic filing system on February 6, 2008.

Dated: February 11, 2008

Respectfully submitted,

TCF NATIONAL BANK

By   /s/ David R. Lidow
One of its Attorneys

Fredric R. Klein
Steven A. Levy
David R. Lidow
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on February 11, 2008 he caused a copy of the attached **Re-Notice of Motion** concerning Defendant's Motion to Stay Further Proceedings and to Compel Arbitration to be served electronically via the Court's CM/ECF system upon the following:

> Lance A. Raphael
> Stacy M. Bardo
> Allison Krumhorn
> The Consumer Advocacy Center, P.C.
> 180 W. Washington St., Ste. 700
> Chicago, IL 60602

> /s/ David R. Lidow