## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| EARL R. HOBBS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6730 |
| v. | ) ) | Judge Bucklo Magistrate Judge Brown |
| TCF BANK, | ) ) | |
| Defendant. | ) ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY FURTHER PROCEEDINGS AND COMPEL ARBITRATION

Plaintiff Earl Hobbs, by and through his attorneys, states as follows in support of his motion to extend time:

1.       Plaintiff's response to Defendant's motion to stay further proceedings and compel arbitration is currently due on March 13, 2008.

2.       Since the briefing schedule was set, the parties have been engaged in settlement discussions and are in the process of trying to reach a resolution of this case.

3.       In the interest of reducing the fees and costs which will be incurred in responding to the motion, Plaintiff respectfully requests that the time for him to file his opposition to Defendant's motion be extended by thirty (30) days.

4.       Plaintiff's counsel has spoken with counsel for Defendant, who has indicated there is no objection to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant him a thirty-day extension of time to respond to Defendant's motion to stay further proceedings and compel arbitration.

Respectfully submitted,


/s/ Stacy M. Bardo
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808