IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| EARL R. HOBBS, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 07 C 6730 |
| v. ) ) ) | Judge Bucklo |
| TCF BANK, ) ) ) | Magistrate Judge Brown |
| Defendant. ) | |

## NOTICE OF UNOPPOSED MOTION

To:   See Certificate of Service

PLEASE TAKE NOTICE that on Tuesday, March 18, 2008 at 9:30 a.m., Plaintiff's counsel shall appear before the Honorable Judge Bucklo, presiding in Courtroom 1441 of the Everett McKinley Dirksen Federal Building, and then and there present ***Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Motion to Stay Further Proceedings and Compel Arbitration***, a copy of which is attached and hereby served upon you.

Respectfully submitted,

/s/ Stacy M. Bardo
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

## CERTIFICATE OF SERVICE

I, Kym Lozano, paralegal, hereby certify under penalties of perjury according to 28 U.S.C. § 1748 that on March 12, 2008, I electronically filed the attached ***Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Motion to Stay Further Proceedings and Compel Arbitration*** with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

Fredric R. Klein
Steven A. Levy
David R. Lidow
Goldberg Kohn
55 East Monroe Street
Suite 3300
Chicago, IL 60603

/s/ Kym Lozano