## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Earl R. Hobbs

                Plaintiff,

v.                                          Case No.: 1:07–cv–06730
                                               Honorable Elaine E. Bucklo

TCF Bank

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 17, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Plaintiff's motion for extension of time [26] is granted. Set deadlines/hearing as to defendant's motion to stay[18] : Responses due by 4/14/2008. Target date for ruling by mail set for 4/9/08 is reset for 4/25/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.