IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EARL R. HOBBS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6730 |
| v. | ) ) ) | Judge Bucklo<br>Magistrate Judge Brown |
| TCF BANK, | ) ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL OF ALL CLAIMS PURSUANT TO SETTLEMENT

Comes now the parties, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate to the dismissal of all claims, pursuant to settlement, as follows:

(1)  All claims in this litigation brought by the Plaintiff, Earl R. Hobbs, in his individual capacity, are hereby dismissed with prejudice;

(2)  All claims in this litigation brought by Plaintiff, Earl R. Hobbs, in his capacity as a representative for the absent class members, are hereby dismissed without prejudice; and

(3)  Each party shall pay its own costs and attorneys' fees, unless as otherwise provided in the parties' settlement agreement.

**PLAINTIFF, EARL R. HOBBS**                    **DEFENDANT, TCF BANK**

By: /s/ Lance A. Raphael                        By: /s/ Steven A. Levy

  Lance A. Raphael, Esq.                          Steven A. Levy, Esq.
  Attorney for Plaintiffs                         Attorney for Defendant
  The Consumer Advocacy Center, P.C.              Goldberg, Kohn, Bell, Black,
  180 West Washington, Suite 700                  Rosenbloom & Moritz, Ltd.
  Chicago, Illinois  60602                        55 East Monroe Street, Suite 3300
                                                  Chicago, IL  60603