IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EARL R. HOBBS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6730 |
| v. | ) ) ) | Judge Bucklo |
| TCF BANK, | ) ) | Magistrate Brown |
| Defendant. | ) ) | |

### NOTICE OF FILING

To:   See Certificate of Service

PLEASE TAKE NOTICE that on April 11, 2008, the undersigned counsel filed the *Stipulation of Dismissal of all Claims Pursuant to Settlement*, a copy of which is attached and hereby served upon you.

Respectfully submitted,

By: _____
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

## **CERTIFICATE OF SERVICE**

    I, Kym Lozano, paralegal, hereby certifies under penalties of perjury under 28 U.S.C. § 1746 that on April 11, 2008, I electronically filed the attached *Stipulation of Dismissal of all Claims Pursuant to Settlement*, with the Clerk of the Court using the CM/ECF system, which shall provide notice to the following counsel of record:

Mr. Steven Levy
Mr. David Lidow
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd.
55 East Monroe Street
Suite 3300
Chicago IL 60603

*/s/ Kym Lozano*
Kym Lozano, paralegal