**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Earl R. Hobbs
                Plaintiff,

v.                                    Case No.: 1:07–cv–06730
                                                   Honorable Elaine E. Bucklo

TCF Bank
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 11, 2008:

      MINUTE entry before Judge Honorable Geraldine Soat Brown: A stipulation to dismiss has been filed with the District Judge. The status hearing date of 4/17/08 is stricken. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.