UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Earl R. Hobbs
      Plaintiff,

v.               Case No.: 1:07−cv−06730
             Honorable Elaine E. Bucklo

TCF Bank
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 11, 2008:

  MINUTE entry before Judge Honorable Elaine E. Bucklo: Pursuant to Stipulation, all claims brought by the plaintiff, Earl R. Hobbs, in his individual capacity, are dismissed with prejudice and all claims by plaintiff in his capacity as a representative for the absent class members, are dismissed without prejudice. Each party shall bear its own costs and fees as per agreement.Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.